**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: MARK D. SLIWINSKI & JENNIFER L. SLIWINSKI                    Case Number: 07-71283
597 LEE DR.                              SSN-xxx-xx-8894 & xxx-xx-0543
CRYSTAL LAKE, IL  60014

Case filed on:     5/25/2007
Plan Confirmed on:  8/17/2007

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $35,862.19          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 3,500.00 | 3,500.00 | 2,500.00 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 2,500.00 | 0.00 |
| 004 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | FISHER & SHAPIRO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MARK D. SLIWINSKI | 0.00 | 0.00 | 620.73 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 620.73 | 0.00 |
| 001 | AMERICREDIT | 3,188.44 | 3,188.00 | 3,188.00 | 186.13 |
| 002 | NEW CENTURY MORTGAGE | 24,009.32 | 24,009.32 | 24,009.32 | 0.00 |
|  | Total Secured | 27,197.76 | 27,197.32 | 27,197.32 | 186.13 |
| 001 | AMERICREDIT | 0.00 | 0.44 | 0.44 | 0.00 |
| 003 | BARIX CLINICS | 1,922.52 | 1,922.52 | 1,922.52 | 67.34 |
| 006 | CAPITAL ONE | 889.09 | 889.09 | 889.09 | 31.08 |
|  | Total Unsecured | 2,811.61 | 2,812.05 | 2,812.05 | 98.42 |
|  | Grand Total: | 33,509.37 | 33,509.37 | 33,130.10 | 284.55 |

Total Paid Claimant:    $33,414.65
Trustee Allowance:      $2,447.54          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    100.00           discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008          By  /s/Heather M. Fagan