# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MARK D. SLIWINSKI & JENNIFER L. SLIWINSKI
597 LEE DR.
CRYSTAL LAKE, IL 60014

SSN-xxx-xx-8894 & xxx-xx-0543

Case Number: 07-71283

*Amended*

O Paid Out, No Discharge

Case filed on: 5/25/2007
Plan Confirmed on: 8/17/2007

Total funds received and disbursed pursuant to the plan: $35,862.19

Detail of Disbursements below:

| Claim # | Name of the Claimant | | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| 000 | BRIAN A. HART | | 3,500.00 | 3,500.00 | 2,500.00 | 0.00 |
| | | Total Legal | 3,500.00 | 3,500.00 | 2,500.00 | 0.00 |
| 004 | CAPITAL ONE | | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | FISHER & SHAPIRO | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MARK D. SLIWINSKI | | 0.00 | 0.00 | 620.73 | 0.00 |
| | | Total Debtor Refund | 0.00 | 0.00 | 620.73 | 0.00 |
| 001 | AMERICREDIT | | 3,188.44 | 3,188.00 | 3,188.00 | 186.13 |
| 002 | NEW CENTURY MORTGAGE | | 24,009.32 | 24,009.32 | 24,009.32 | 0.00 |
| | | Total Secured | 27,197.76 | 27,197.32 | 27,197.32 | 186.13 |
| 001 | AMERICREDIT | | 0.00 | 0.44 | 0.44 | 0.00 |
| 003 | BARIX CLINICS | | 1,922.52 | 1,922.52 | 1,922.52 | 67.34 |
| 006 | CAPITAL ONE | | 889.09 | 889.09 | 889.09 | 31.08 |
| | | Total Unsecured | 2,811.61 | 2,812.05 | 2,812.05 | 98.42 |
| | | Grand Total: | 33,509.37 | 33,509.37 | 33,130.10 | 284.55 |

Total Paid Claimant: $33,414.65
Trustee Allowance: $2,447.54
Percent Paid Unsecured: 100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 10/03/2008       By /s/Heather M. Fagan